**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:13-CR-290-JCM-(CWH) |
| JOHN PATRICK FIZEL, | ) ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On November 19, 2013, defendant JOHN PATRICK FIZEL pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and agreed to the forfeiture of an in personam criminal forfeiture money judgment of $5,817 in United States Currency set forth in the Plea Agreement. Criminal Indictment, ECF No. 9; Change of Plea Minutes, ECF No. 22; Plea Agreement, ECF No. 23.

This Court finds that JOHN PATRICK FIZEL shall pay a criminal forfeiture money judgment of $5,817 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 9; Change of Plea Minutes, ECF No. 22; Plea Agreement, ECF No. 23.

. . .

. . .

. . .

1 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 | States recover from JOHN PATRICK FIZEL a criminal forfeiture money judgment in the amount of
3 | $5,817 in United States Currency.
4 | DATED December 12, 2013.

```
                                        _____
                                        UNITED STATES DISTRICT JUDGE
```

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with copies of the Order of Forfeiture on December 9, 2013, by the below identified method of service:

<u>CM/ECF</u>

Richard F. Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, Nevada 89101
Email: richard_boulware@fd.org
*Counsel for John Patrick Fizel*

<u>/s/Michelle C. Lewis</u>
MICHELLE C. LEWIS
Paralegal Specialist

3