FILED ✓    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 7 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN PATRICK FIZEL, ) <br> ) <br> Defendant. ) | 2:13-CR-290-JCM-(CWH) |

## ORDER OF FORFEITURE

This Court found on December 12, 2013, that JOHN PATRICK FIZEL shall pay the criminal forfeiture money judgment of $5,817.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 9; Change of Plea, ECF No. 22; Plea Agreement, ECF No. 23; Order of Forfeiture, ECF No. 25.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN PATRICK FIZEL the criminal forfeiture money judgment in the amount of $5,817.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 27th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

2